IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

GORDON BROOKS,

    Plaintiff,                                    Case No. 2:13-cv-0507
                                              Judge Gregory L. Frost
v.                                               Magistrate Judge King

MARY POTTER, et al.,

    Defendants.

## ORDER

Plaintiff Gordon Brooks is an incarcerated state inmate who has brought this action under 42 U.S.C. § 1983 against four employees of the Ohio Department of Rehabilitation and Correction. This matter is before the Court for consideration of the Magistrate Judge's Report and Recommendation filed on September 18, 2013, in which the Magistrate Judge recommended that Plaintiff's "motion for a temporary protection order" be denied. (ECF No. 24.)

The Report and Recommendation specifically advises that the failure to object to the Report and Recommendation within fourteen days of the date of the Report results in a waiver of the right to de novo review by the District Judge and waiver of the right to appeal the District Court's decision adopting the Report and Recommendation. (*Id.* at PageID# 170.) The time period for filing objections to the Report and Recommendation has expired. Plaintiff has not objected to the Report and Recommendation.

The Court has reviewed the Report and Recommendation. Noting that no objections have been filed and the time for filing such objections has expired, the Court **ADOPTS** the Report and Recommendation. Accordingly, the Court **DENIES** Plaintiff's motion for an emergency temporary protection order (ECF No. 3).

**IT IS SO ORDERED.**

                                                  **/s/ Gregory L. Frost**
                                                  **GREGORY L. FROST**
                                                  **UNITED STATES DISTRICT JUDGE**